UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SHAWNDEE NECOCHEA, | ) | No. ED CV 13-00714-JSL-VBK |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | RE: SANCTIONS |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    On November 1, 2013, the Court issued a Minute Order ordering Defendant to file a Notice of Service of Administrative Record within 14 days and warning Defendant that failure to comply could result in an issuance of an Order to Show Cause re: Sanctions. (A copy of the November 1, 2013 Minute Order is attached hereto and incorporated herein by reference.)

    Defendant failed to respond to the Court's Order.

    On November 26, 2013, the Court issued a Minute Order noting that Defendant had failed to file a Notice of Service of Administrative Record in response to the Court's Minute Order. (A copy of the November 26, 2013 Minute Order is attached hereto and incorporated

herein by reference.)

As of this date, Defendant has failed to comply with the Court's November 1, 2013 and November 26, 2013 Minute Orders.

Accordingly, on or before January 21, 2014, Defendant is **ORDERED TO SHOW CAUSE** in writing, if any exists, why the Court should not recommend that counsel be sanctioned for failure to comply with the Court's prior Minute Orders.

DATED: January 8, 2014      /s/
                            VICTOR B. KENTON
                            UNITED STATES MAGISTRATE JUDGE