1
2
3
4
5
6
7    UNITED STATES DISTRICT COURT
8    CENTRAL DISTRICT OF CALIFORNIA
9    WESTERN DIVISION
10

11   SHAWNDEE L. NECOCHEA,               )   No. ED CV 13-00714-GHK (VBK)
                                         )
12                  Plaintiff,           )   ORDER APPROVING MAGISTRATE
                                         )   JUDGE'S REPORT AND
13         v.                            )   RECOMMENDATION
                                         )
14   CAROLYN W. COLVIN, Acting           )
     Commissioner of Social              )
15   Security,                           )
                                         )
16                  Defendant.           )
                                         )
17   _____)

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

19   Complaint and all other papers along with the attached Report and

20   Recommendation of the United States Magistrate Judge, and has made

21   a de novo determination of the Report and Recommendation.  NO

22   objections were filed.

23        **IT IS THEREFORE ORDERED** that a Judgment be entered (1)

24   approving the findings of the United States Magistrate Judge, and

25   (2) directing that Judgment be entered dismissing the Complaint,

26   and the action, with prejudice.

27   //

28

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein by United States mail on counsel for the parties of record.

DATED: ___9/29/14___          _____
                                        GEORGE H. KING
                                        CHIEF UNITED STATES DISTRICT JUDGE

2