UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| SHAWNDEE L. NECOCHEA, | ) | No. ED CV 13-00714-GHK (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

  Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

  **IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: 9/29/14

GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE